LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
717 K Street, Suite 227
Sacramento, California 95814
Telephone: (916) 441-4540
Facsimile:  (916) 441-4760
Email: tedmonlaw@comcast.net

Attorney for Defendant
LUIS DELGADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,              )<br>                                                               )<br>                        Plaintiff,           )<br>                                                               )<br>           v.                                            )<br>                                                               )<br>                                                               )<br>LUIS DELGADO,                                )<br>                                                               )<br>                        Defendant.         )<br>_____) | No. Cr. S-03-147 FCD<br><br>STIPULATION AND ORDER<br>CONTINUING STATUS CONFERENCE;<br>EXCLUSION OF TIME |

       The United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, and defendant Luis Delgado, through his counsel Scott L. Tedmon, hereby stipulate that the Status Conference set for Monday, February 25, 2008 at 9:30 a.m., be continued to Monday, March 31, 2008 at 10:00 a.m. before United States District Judge Frank C. Damrell, Jr.

       The government is continuing to assemble the discovery in this case and has not yet provided it to defense counsel.  Once the government provides discovery, defense counsel will need time to review it and prepare the defense.

       As such, government and defense counsel stipulate it is appropriate to continue the current status conference to Monday, March 31, 2008 at 10:00 a.m.  Michele Krueger has approved the March 31, 2008 hearing date.  No jury trial date has been set in this case.

       The parties stipulate the Court should find that time be excluded through March 31, 2008 under the Speedy Trial Act based on the needs of counsel to prepare pursuant to 18 U.S.C.

§3161(h)(8)(B)(iv); Local Code T4. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

Finally, Scott L. Tedmon has been authorized by counsel to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

DATED: February 20, 2008   McGREGOR W. SCOTT
United States Attorney

 /s/ Kenneth J. Melikian
KENNETH J. MELIKIAN
Assistant U.S. Attorney

DATED: February 20, 2008   LAW OFFICES OF SCOTT L. TEDMON

 /s/ Scott L. Tedmon
SCOTT L. TEDMON
Attorney for Defendant Luis Delgado

## **ORDER**

GOOD CAUSE APPEARING and based upon the above stipulation, IT IS HEREBY ORDERED that the Status Conference now scheduled for Monday, February 25, 2008 at 9:30 a.m., is hereby continued to Monday, March 31, 2008 at 10:00 a.m., before the Honorable Frank C. Damrell, Jr. Based upon the above stipulation, the Court finds that time be excluded under the Speedy Trial Act for need of counsel to prepare pursuant to 18 U.S.C. §3161(h)(8)(B)(iv), Local Code T4, through the Status Conference date of March 31, 2008. The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

**IT IS SO ORDERED.**

DATED: February 20, 2008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE