LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
717 K Street, Suite 227
Sacramento, California 95814
Telephone: (916) 441-4540
Facsimile:  (916) 441-4760
Email: tedmonlaw@comcast.net

Attorney for Defendant
LUIS DELGADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. 2:03-CR-0147 FCD |
| ) | |
| ) | STIPULATION AND ORDER |
| v. ) | CONTINUING STATUS |
| ) | CONFERENCE; EXCLUSION OF TIME |
| ) | |
| LUIS DELGADO, ) | |
| ) | |
| Defendant. ) | |
| ) | |

      The United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, and defendant Luis Delgado, through his counsel Scott L. Tedmon, hereby stipulate that the Status Conference set for Monday, March 31, 2008 at 10:00 a.m., be continued to Monday, April 21, 2008 at 10:00 a.m. before United States District Judge Frank C. Damrell, Jr.

      The government has contacted law enforcement and is in the process of gathering the discovery in this case.  As of this date, the government has not yet been able to provide defense counsel with any discovery.  Once the government provides discovery, defense counsel will need time to review it and prepare the defense.

      As such, government and defense counsel stipulate it is appropriate to continue the current status conference to Monday, April 21, 2008 at 10:00 a.m.  Maureen Price has approved the April 21, 2008 hearing date.  No jury trial date has been set in this case.

      The parties stipulate the Court should find that time be excluded through April 21, 2008

- 1 -

under the Speedy Trial Act based on the needs of counsel to prepare pursuant to 18 U.S.C. §3161(h)(8)(B)(iv); Local Code T4.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

Finally, Scott L. Tedmon has been authorized by counsel to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

DATED: March 25, 2008                McGREGOR W. SCOTT
                                     United States Attorney

                                      /s/ Kenneth J. Melikian
                                     KENNETH J. MELIKIAN
                                     Assistant U.S. Attorney

DATED: March 25, 2008                LAW OFFICES OF SCOTT L. TEDMON

                                      /s/ Scott L. Tedmon
                                     SCOTT L. TEDMON
                                     Attorney for Defendant Luis Delgado

### **ORDER**

GOOD CAUSE APPEARING and based upon the above stipulation, IT IS HEREBY ORDERED that the Status Conference now scheduled for Monday, March 31, 2008 at 10:00 a.m., is hereby continued to Monday, April 21, 2008 at 10:00 a.m., before the Honorable Frank C. Damrell, Jr.  Based upon the above stipulation, the Court finds that time be excluded under the Speedy Trial Act for need of counsel to prepare pursuant to 18 U.S.C. §3161(h)(8)(B)(iv), Local Code T4, through the Status Conference date of April 21, 2008.  The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

**IT IS SO ORDERED.**

DATED: March 26, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE