1  McGREGOR W. SCOTT
   United States Attorney
2  KENNETH J. MELIKIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, Ca.  95814
4  Telephone:  (916) 554-2700

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        ) 2:03-cr-0147 FCD
                                    )
12                 Plaintiff,       )
                                    )   STIPULATION; ORDER
13      v.                          )
                                    )
14 LUIS DELGADO,                    )
                                    )
15                                  )
                   Defendant.       )
16 _____)

17      Defendant Luis Delgado, through Scott Tedmon, Attorney At

18 Law, and the United States of America, through Assistant U.S.

19 Attorney Kenneth J. Melikian, agree to vacate the status

20 conference scheduled for April 21, 2008.  The parties further

21 stipulate that a status conference be placed on the court's May

22 27, 2008, calendar.

23      This is an old multi-defendant case in which the defendant

24 recently made his initial appearance.  The case is closed as to

25 all other defendants.  Because, in part, of the age of the case,

26 the government is having a difficult time locating the case's

27 discovery.  The government has informed defense counsel that if

28 the discovery is not located before May 27th, the government will

                                    1

1  move to dismiss the case against the defendant.

2      Accordingly, the parties request that the status conference

3  in this case be continued to May 27, 2008.  All parties  agree

4  that time should be excluded through May 27, 2008, from

5  computation under the Speedy Trial Act pursuant to local code T4

6  (18 U.S.C. § 3161(h)(8)(B)(iv)) so that the discovery can be

7  obtained, thus affording the defendant reasonable time to prepare

8  his case.

9  DATED: April 18, 2008              Respectfully submitted,

10                                     McGREGOR W. SCOTT
                                       United States Attorney
11

12
                                   By:/s/ Kenneth J. Melikian
13                                    KENNETH J. MELIKIAN
                                      Assistant U.S. Attorney
14

15 DATED: April 18, 2008              /s/ Kenneth J. Melikian
                                      SCOTT TEDMON
16                                    Attorney for Defendant Luis
                                      Delgado
17                                    (Signed by Kenneth J. Melikian
                                       per  authorization by Scott
18                                     Tedmon)

19

20

21

22      IT IS SO ORDERED.

23
   DATED: April 18, 2008
24

25

26  _____
    FRANK C. DAMRELL, JR.
27  UNITED STATES DISTRICT JUDGE

28

                                   2