McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca.  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>            Plaintiff,        )<br>                              )<br>     v.                       )<br>                              )<br>LUIS DELGADO,                 )<br>                              )<br>            Defendant.        )<br>_____) | CR. NO. S-03-0147 FCD<br><br>STIPULATION AND ORDER |

Defendant Luis Delgado, through Scott Tedmon, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, agree to vacate the status conference scheduled for May 27, 2008.  The parties further stipulate that a status conference be placed on the court's July 14, 2008, calendar.

This is an old multi-defendant case in which the defendant recently made his initial appearance.  The case is closed as to all other defendants.  The discovery has been located, but it is contained in forty-three boxes.

Defense counsel and the government need time to examine this discovery.  It is hoped that the parties will be able to do so by

1  July 14, 2008, though it is possible that even more time may be
2  needed to review this voluminous discovery.
3      Accordingly, the parties request that the status conference
4  in this case be continued to July 14, 2008.  All parties agree
5  that time should be excluded through July 14, 2008, from
6  computation under the Speedy Trial Act pursuant to local code T4
7  (18 U.S.C. § 3161(h)(8)(B)(iv)) so that the discovery can be
8  obtained, thus affording the defendant reasonable time to prepare
9  his case.
10 DATED: May 23, 2008              Respectfully submitted,
11                                  McGREGOR W. SCOTT
                                    United States Attorney
12
                                    /s/ Kenneth J. Melikian
13
                                    By
14                                     KENNETH J. MELIKIAN
                                    Assistant U.S. Attorney
15
16 DATED: May 23, 2008              /s/ Kenneth J. Melikian
                                    SCOTT TEDMON
17                                  Attorney for Defendant Luis
                                     Delgado
18                                  (Signed by Kenneth J. Melikian
                                     per  authorization by Scott
19                                   Tedmon)
20
21
22
23     IT IS SO ORDERED.
24
25 DATED: May 23, 2008
26                                  FRANK C. DAMRELL, JR.
                                    UNITED STATES DISTRICT JUDGE
27
28