LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
717 K Street, Suite 227
Sacramento, California 95814
Telephone: (916) 441-4540
Facsimile:  (916) 441-4760
Email: tedmonlaw@comcast.net

Attorney for Defendant
LUIS DELGADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. Cr. S-03-147 FCD |
| v. | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND FOR EXCLUSION OF TIME |
| LUIS DELGADO, | |
| Defendant. | |

     The United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, and defendant Luis Delgado, through his counsel Scott L. Tedmon, hereby stipulate that the Status Conference set for Monday, July 14, 2008 at 10:00 a.m., be continued to Monday, August 11, 2008 at 10:00 a.m. before United States District Judge Frank C. Damrell, Jr.

     The government has received a portion of the discovery in this case and has recently provided it to defense counsel.  Defense counsel is currently reviewing the discovery and needs additional time to meet and confer with defendant Delgado, who lives in the Los Angeles area.

     As such, government and defense counsel stipulate it is appropriate to continue the current status conference to Monday, August 11, 2008 at 10:00 a.m.  Michele Krueger has approved the August 11, 2008 hearing date.  No jury trial date has been set in this case.

     The parties stipulate the Court should find that time be excluded through August 11, 2008 under the Speedy Trial Act based on the needs of counsel to prepare pursuant to 18 U.S.C.

1 §3161(h)(8)(B)(iv); Local Code T4.  The parties stipulate and agree that the interests of justice
2 served by granting this continuance outweigh the best interests of the public and the defendant in
3 a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

4       Finally, Scott L. Tedmon has been authorized by counsel to sign this stipulation on their
5 behalf.

6 **IT IS SO STIPULATED.**

7 DATED: July 9, 2008                       McGREGOR W. SCOTT
                                                    United States Attorney
8
                                                    /s/ Kenneth J. Melikian
9                                                    KENNETH J. MELIKIAN
                                                   Assistant U.S. Attorney
10
DATED: July 9, 2008                       LAW OFFICES OF SCOTT L. TEDMON
11
                                                  /s/ Scott L. Tedmon
12                                                   SCOTT L. TEDMON
                                                  Attorney for Defendant Luis Delgado
13

14 **ORDER**

15       GOOD CAUSE APPEARING and based upon the above stipulation, IT IS HEREBY
16 ORDERED that the Status Conference now scheduled for Monday, July 14, 2008 at 10:00 a.m., is
17 hereby continued to Monday, August 11, 2008 at 10:00 a.m., before the Honorable Frank C.
18 Damrell, Jr.  Based upon the above stipulation, the Court finds that time be excluded under the
19 Speedy Trial Act for need of counsel to prepare pursuant to 18 U.S.C. §3161(h)(8)(B)(iv), Local
20 Code T4, through the Status Conference date of August 11, 2008.  The Court finds that the interests
21 of justice served by granting this continuance outweigh the best interests of the public and the
22 defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

23 **IT IS SO ORDERED.**
24 DATED: July 17, 2008

25
26                                                FRANK C. DAMRELL, JR.
                                               UNITED STATES DISTRICT JUDGE
27
28