```
LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
717 K Street, Suite 227
Sacramento, California 95814
Telephone: (916) 441-4540
Facsimile:  (916) 441-4760
Email: tedmonlaw@comcast.net

Attorney for Defendant
LUIS DELGADO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. Cr. S-03-0147 FCD |
| ) | |
| ) | STIPULATION AND ORDER |
| ) | CONTINUING STATUS |
| ) | CONFERENCE AND FOR |
| LUIS DELGADO, ) | EXCLUSION OF TIME |
| ) | |
| Defendant. ) | |
| _____ ) | |

      The United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, and defendant Luis Delgado, through his counsel Scott L. Tedmon, hereby stipulate that the Status Conference set for Monday, August 11, 2008 at 10:00 a.m., be continued to Monday, September 22, 2008 at 10:00 a.m. before United States District Judge Frank C. Damrell, Jr.

      The government has provided the initial volume of discovery to defense counsel. Defense counsel has reviewed the initial volume of discovery and needs additional time to meet and confer with defendant Delgado, who lives in the Los Angeles area, regarding the discovery, legal issues and other matters regarding the defense of the case. Beyond the initial volume of discovery, there are additional materials which the government will make available to defense counsel, if necessary. These additional materials have not yet been reviewed by defense counsel.

      As such, government and defense counsel stipulate it is appropriate to continue the current status conference to Monday, September 22, 2008 at 10:00 a.m. Michele Krueger has approved the September 22, 2008 hearing date. No jury trial date has been set in this case.

- 1 -

1    The parties stipulate the Court should find that time be excluded through September 22, 2008
2    under the Speedy Trial Act based on the needs of counsel to prepare pursuant to 18 U.S.C.
3    §3161(h)(8)(B)(iv); Local Code T4.  The parties stipulate and agree that the interests of justice
4    served by granting this continuance outweigh the best interests of the public and the defendant in
5    a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

6    Finally, Scott L. Tedmon has been authorized by counsel to sign this stipulation on their
7    behalf.

8    **IT IS SO STIPULATED.**

9    DATED: August 5, 2008                McGREGOR W. SCOTT
                                          United States Attorney
10
                                           /s/ Kenneth J. Melikian
11                                        KENNETH J. MELIKIAN
                                          Assistant U.S. Attorney
12

13   DATED: August 5, 2008                LAW OFFICES OF SCOTT L. TEDMON

14                                         /s/ Scott L. Tedmon
                                          SCOTT L. TEDMON
15                                        Attorney for Defendant Luis Delgado

16

17                                        **ORDER**

18   GOOD CAUSE APPEARING and based upon the above stipulation, IT IS HEREBY
19   ORDERED that the Status Conference now scheduled for Monday, August 11, 2008 at 10:00 a.m.,
20   is hereby continued to Monday, September 22, 2008 at 10:00 a.m., before the Honorable Frank C.
21   Damrell, Jr.  Based upon the above stipulation, the Court finds that time be excluded under the
22   Speedy Trial Act for need of counsel to prepare pursuant to 18 U.S.C. §3161(h)(8)(B)(iv), Local
23   Code T4, through the Status Conference date of September 22, 2008.   The Court finds that the
24   interests of justice served by granting this continuance outweigh the best interests of the public and
25   the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

26   **IT IS SO ORDERED.**

27   DATED: August 6, 2008

28                                        FRANK C. DAMRELL, JR.
                                          UNITED STATES DISTRICT JUDGE