1    LAW OFFICES OF SCOTT L. TEDMON
     A Professional Corporation
2    SCOTT L. TEDMON, CA. BAR # 96171
     717 K Street, Suite 227
3    Sacramento, California 95814
     Telephone: (916) 441-4540
4    Facsimile:  (916) 441-4760
     Email: tedmonlaw@comcast.net
5
     Attorney for Defendant
6    LUIS DELGADO

7                      IN THE UNITED STATES DISTRICT COURT
8                   FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10   UNITED STATES OF AMERICA,        )
                                      )
11                 Plaintiff,         )        No. Cr. S-03-0147 FCD
                                      )
12                                    )        STIPULATION AND ORDER
            v.                        )        CONTINUING STATUS CONFERENCE
13                                    )        AND FOR EXCLUSION OF TIME
     LUIS DELGADO,                    )
14                                    )
                   Defendant.         )
15   _____)

16          The United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, and

17   defendant Luis Delgado, through his counsel Scott L. Tedmon, hereby stipulate that the Status

18   Conference set for Monday, September 22, 2008 at 10:00 a.m., be continued to Monday, November

19   17, 2008 at 10:00 a.m. before United States District Judge Frank C. Damrell, Jr.

20          The government has provided the initial volume of discovery to defense counsel.  Defense

21   counsel has reviewed the initial volume of discovery and has met and conferred with defendant

22   Delgado, who lives in the Los Angeles area, regarding the discovery, legal issues and other matters

23   regarding the defense of the case.  The government and defense are in the process of negotiations

24   in an effort to resolve the case.  It was anticipated that by this time an offer from the government to

25   the defense would be extended.  However, AUSA Kenneth J. Melikian has been away from the

26   office to deal with family matters and has been unable to review Mr. Delgado's case sufficiently to

27   formulate an offer.  Once the offer is extended, defense counsel needs time to review and conference

28   it with Mr. Delgado.  If the matter does not resolve, beyond the initial volume of discovery there are

1  additional materials which the government will make available to defense counsel.  These additional

2  materials will need to be reviewed by defense counsel.  As for scheduling, due to the fact that Mr.

3  Tedmon has a three-week jury trial set to begin October 15, 2008 in the case of *U.S. v. Robert*

4  *Oliver*, Case No. Cr. S-04-188 LKK, the parties are requesting the matter be continued to November

5  17, 2008 to allow enough time for both sides to prepare before the next status conference.

6    As such, government and defense counsel stipulate it is appropriate to continue the current

7  status conference to Monday, November 17, 2008 at 10:00 a.m.  Michele Krueger has approved the

8  November 17, 2008 hearing date.  No jury trial date has been set in this case.

9    The parties stipulate the Court should find that time be excluded through November 17, 2008

10  under the Speedy Trial Act based on the needs of counsel to prepare pursuant to 18 U.S.C.

11  §3161(h)(8)(B)(iv); Local Code T4.  The parties stipulate and agree that the interests of justice

12  served by granting this continuance outweigh the best interests of the public and the defendant in

13  a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

14    Finally, Scott L. Tedmon has been authorized by counsel to sign this stipulation on their

15  behalf.

16  **IT IS SO STIPULATED.**

17  DATED: September 17, 2008   McGREGOR W. SCOTT
               United States Attorney

18

19                  /s/ Kenneth J. Melikian
               KENNETH J. MELIKIAN

20                 Assistant U.S. Attorney

21  DATED: September 17, 2008   LAW OFFICES OF SCOTT L. TEDMON

22                  /s/ Scott L. Tedmon
               SCOTT L. TEDMON

23                 Attorney for Defendant Luis Delgado

24

25

26

27

28

**ORDER**

GOOD CAUSE APPEARING and based upon the above stipulation, IT IS HEREBY ORDERED that the Status Conference now scheduled for Monday, September 22, 2008 at 10:00 a.m., is hereby continued to Monday, November 17, 2008 at 10:00 a.m., before the Honorable Frank C. Damrell, Jr.  Based upon the above stipulation, the Court finds that time be excluded under the Speedy Trial Act for need of counsel to prepare pursuant to 18 U.S.C. §3161(h)(8)(B)(iv), Local Code T4, through the Status Conference date of November 17, 2008.   The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

**IT IS SO ORDERED.**

DATED: September 18, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE