LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
717 K Street, Suite 227
Sacramento, California 95814
Telephone: (916) 441-4540
Facsimile:  (916) 441-4760
Email: tedmonlaw@comcast.net

Attorney for Defendant
LUIS DELGADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. Cr. S-03-147 FCD |
| | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | CONTINUING STATUS |
| | ) | CONFERENCE; EXCLUSION OF TIME |
| LUIS DELGADO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

      The United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, and defendant Luis Delgado, through his counsel Scott L. Tedmon, hereby stipulate that the Status Conference set for Monday, November 17, 2008 at 10:00 a.m., be continued to Monday, December 15, 2008 at 10:00 a.m. before United States District Judge Frank C. Damrell, Jr.

      The government has provided the initial volume of discovery to defense counsel. Defense counsel has reviewed the initial volume of discovery and has met and conferred with defendant Delgado, who lives in the Los Angeles area, regarding the discovery, legal issues and other matters regarding the defense of the case. Additionally, certain matters have arisen that both the government and defense are currently addressing. Finally, the government and defense are in the process of negotiations in an effort to resolve the case. Once the offer is extended, defense counsel needs time to review and conference it with Mr. Delgado. If the matter does not resolve, beyond the initial volume of discovery there are additional materials which the government will make available to defense counsel. These additional materials will need to be reviewed by defense counsel.

1   As such, government and defense counsel stipulate it is appropriate to continue the current
2 status conference to Monday, December 15, 2008 at 10:00 a.m.  Michele Krueger has approved the
3 December 15, 2008 hearing date.  No jury trial date has been set in this case.
4   The parties stipulate the Court should find that time be excluded through December 15, 2008
5 under the Speedy Trial Act based on the needs of counsel to prepare pursuant to 18 U.S.C.
6 §3161(h)(8)(B)(iv); Local Code T4.  The parties stipulate and agree that the interests of justice
7 served by granting this continuance outweigh the best interests of the public and the defendant in
8 a speedy trial.  18 U.S.C. § 3161(h)(8)(A).
9   Finally, Scott L. Tedmon has been authorized by counsel to sign this stipulation on their
10 behalf.

**IT IS SO STIPULATED.**

DATED: November 12, 2008            McGREGOR W. SCOTT
                                    United States Attorney

                                     /s/ Kenneth J. Melikian
                                    KENNETH J. MELIKIAN
                                    Assistant U.S. Attorney

DATED: November 12, 2008            LAW OFFICES OF SCOTT L. TEDMON

                                     /s/ Scott L. Tedmon
                                    SCOTT L. TEDMON
                                    Attorney for Defendant Luis Delgado

**ORDER**

GOOD CAUSE APPEARING and based upon the above stipulation, IT IS HEREBY ORDERED that the Status Conference now scheduled for Monday, November 17, 2008 at 10:00 a.m., is hereby continued to Monday, December 15, 2008 at 10:00 a.m., before the Honorable Frank C. Damrell, Jr. Based upon the above stipulation, the Court finds that time be excluded under the Speedy Trial Act for need of counsel to prepare pursuant to 18 U.S.C. §3161(h)(8)(B)(iv), Local Code T4, through the Status Conference date of December 15, 2008. The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

**IT IS SO ORDERED.**

DATED: November 12, 2008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE