LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
717 K Street, Suite 227
Sacramento, California 95814
Telephone: (916) 441-4540
Facsimile:  (916) 441-4760
Email: tedmonlaw@comcast.net

Attorney for Defendant
LUIS DELGADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                          )<br>              Plaintiff,                         )<br>                                                          )<br>      v.                                              )<br>                                                          )<br>LUIS DELGADO,                              )<br>                                                          )<br>              Defendant.                      )<br>_____) | No. CR. S-03-147 FCD<br><br>STIPULATION AND ORDER<br>CONTINUING STATUS CONFERENCE;<br>EXCLUSION OF TIME |

      The United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, and defendant Luis Delgado, through his counsel Scott L. Tedmon, hereby stipulate that the Status Conference set for Tuesday, February 17, 2009 at 10:00 a.m., be continued to Monday, March 2, 2009 at 10:00 a.m. before United States District Judge Frank C. Damrell, Jr.

      The government has provided the initial volume of discovery to defense counsel.  Defense counsel has reviewed the initial volume of discovery and has met and conferred with defendant Delgado, who lives in the Los Angeles area, regarding the discovery, legal issues and other matters regarding the defense of the case.  After defense counsel reviewed the discovery and discussed the matter with defendant Delgado, the government and defense engaged in negotiations to resolve the case.  An offer has now been extended and the government has provided a proposed written plea agreement to defense counsel.  The proposed written plea agreement has been reviewed by defense counsel and has been sent to defendant Delgado, who lives in Los Angeles.  At this time, defense counsel needs a short continuance of the next court appearance to allow necessary additional time

- 1 -

1 review the proposed written plea agreement with defendant Delgado as well as continue researching
2 potential collateral effects of this proposed plea.

3     As such, government and defense counsel stipulate it is appropriate to continue the current
4 status conference to Monday, March 2, 2009 at 10:00 a.m. Michele Krueger has approved the
5 March 2, 2009 hearing date. No jury trial date has been set in this case.

6     The parties stipulate the Court should find that time be excluded through March 2, 2009
7 under the Speedy Trial Act based on the needs of counsel to prepare pursuant to 18 U.S.C.
8 §3161(h)(8)(B)(iv); Local Code T4. The parties stipulate and agree that the interests of justice
9 served by granting this continuance outweigh the best interests of the public and the defendant in
10 a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

11     Finally, Scott L. Tedmon has been authorized by counsel to sign this stipulation on their
12 behalf.

13 **IT IS SO STIPULATED.**

14 DATED: February 4, 2009          McGREGOR W. SCOTT
                                                  United States Attorney

15
                                                  /s/ Kenneth J. Melikian
16                                               KENNETH J. MELIKIAN
                                              Assistant U.S. Attorney
17

18 DATED: February 4, 2009          LAW OFFICES OF SCOTT L. TEDMON

19                                               /s/ Scott L. Tedmon
                                              SCOTT L. TEDMON
20                                               Attorney for Defendant Luis Delgado

21
22
23
24
25
26
27
28

1 **ORDER**

2     GOOD CAUSE APPEARING and based upon the above stipulation, IT IS HEREBY
3 ORDERED that the Status Conference now scheduled for Tuesday, March 17, 2009 at 10:00 a.m.,
4 is hereby continued to Monday, March 2, 2009 at 10:00 a.m., before the Honorable Frank C.
5 Damrell, Jr. Based upon the above stipulation, the Court finds that time be excluded under the
6 Speedy Trial Act for need of counsel to prepare pursuant to 18 U.S.C. §3161(h)(8)(B)(iv), Local
7 Code T4, through the Status Conference date of March 2, 2009. The Court finds that the interests
8 of justice served by granting this continuance outweigh the best interests of the public and the
9 defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

10     **IT IS SO ORDERED.**

11 DATED: February 4, 2009

                                              FRANK C. DAMRELL, JR.
                                              UNITED STATES DISTRICT JUDGE