```
LAWRENCE G. BROWN
Acting United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca.  95814
Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>              Plaintiff,     )<br>                              )<br>       v.                     )<br>                              )<br>LUIS DELGADO,                 )<br>                              )<br>              Defendant.     )<br>_____) | CR. NO. S-03-147 FCD<br><br>STIPULATION AND ORDER |

    Defendant Luis Delgado, through Scott Tedmon, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, agree to vacate the status conference scheduled for March 2, 2009.  The parties further stipulate that a status conference be placed on the court's March 16, 2009, calendar.

    The parties have settled this case, and a plea agreement has been reduced to writing.  There is a very small disagreement in the Factual Basis, however, which needs to be resolved.  Because of the prosecutor's participation in a trial, the parties have not had an adequate opportunity to address this matter.  As the

1

1 prosecutor's trial is nearing its end, the parties are certain
2 that they will be able to finalize the plea agreement before
3 March 16th.

4     Accordingly, the parties request that the status conference
5 in this case be continued to March 16, 2009.  All parties agree
6 that time should be excluded through March 16, 2009, from
7 computation under the Speedy Trial Act pursuant to local code T4
8 (18 U.S.C. § 3161(h)(8)(B)(iv)) to afford the defendant
9 reasonable time to prepare his case.

10

11 DATED: February 27, 2009          Respectfully submitted,

12                                   McGREGOR W. SCOTT
                                     United States Attorney
13

14
                                     By: /s/ Kenneth J. Melikian
15                                   KENNETH J. MELIKIAN
                                     Assistant U.S. Attorney
16

17 DATED: February 27, 2009          /s/ Kenneth J. Melikian
                                     SCOTT TEDMON
18                                   Attorney for Defendant Luis
                                     Delgado
19                                   (Signed by Kenneth J. Melikian
                                     per  authorization by Scott
20                                   Tedmon)

21

22

23

24     IT IS SO ORDERED.

25
                                     _____
26 DATED: February 27, 2009          FRANK C. DAMRELL, JR.
                                     UNITED STATES DISTRICT JUDGE
27

28

2